382 A.2d 746

Commonwealth v. Emmons, Appellant.

Submitted September 13, 1976. Robert E. Kerper, Jr., and G. Roderick Snyder, Assistant Public Defenders, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

382 A.2d 746

Commonwealth v. Floyd, Appellant.

Submitted September 13, 1976. William J. Mazzola, and Stack, Ginley & Gallagher, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent.